**UNITED STATES BANKRUPTCY OF MAINE**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>Charles J. Dhyse,<br><br>      Debtor. | Chapter 13<br>Case No. 14-10869 |
| Peter Fessenden, in his capacity as standing Chapter 13 Trustee,<br><br>      Plaintiff,<br><br>And<br><br>John M. Powell and Kathleen M. Powell,<br><br>      Plaintiffs,<br><br>v.<br><br>Charles Dhyse, Temple Heights Maine LLC, Charles Dhyse Trust, Frederick G. Dhyse Revocable Trust and Alan Tetervin,<br><br>      Defendants,<br><br>And<br><br>Elizabeth J. Boogusch, G. Manning, Amy V. Manning, Paul R. Salley, Patricia M. Roberts, Lawrence L. Baggitt and Tina A. Baggit,<br><br>      Parties-In-Interest. | Adv. Proc. No. _____ |

**NOTICE OF REMOVAL**

      NOW COMES Charles J. Dhyse (the "Debtor"), and pursuant to 28 U.S.C. § 1452, Fed. R. Bankr. P. 9027 and D. Me. LBR 9027-1, notices the removal to this Court of all of the claims asserted in the case captioned *Powell, e. al v. Dhyse, et* pending in the Waldo County Superior Court, Docket No. CV-12-41. Attached to this notice as Exhibit A is the Complaint filed by Plaintiffs John M. and Kathleen Powell. The claims at issue constitute core proceedings

pursuant to 28 U.S.C. § 157(b)(2)(H). To the extent any such claim is non-core, the Debtor consents to the entry of a final order or judgment by this Court.

Dated: May 28, 2015          CHARLES J. DHYSE

                                         By his counsel,

                                         /s/ Jessica A. Lewis., Esq.
                                         Jessica A. Lewis, Esq.
                                         Molleur Law Office
                                         95 Main Street
                                         Auburn, ME 04101
                                         jessica@molleurlaw.com
                                         (207) 283-3777